IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN  DIVISION

BRIAN D. HIGGINS,               )
                                )
                Plaintiff,      )        No.  C05-4084-MWB
                                )
        vs.                     )
                                )        JUDGMENT
JO ANNE B. BARNHART,            )        IN A CIVIL CASE
Commissioner of Social Security, )
                                )
                Defendant.      )


        This action came before the Court.  The issues have been decided and a decision has been

rendered.

        IT IS ORDERED AND ADJUDGED

        This case is reversed and remanded to the Commissioner for further development of the

record.

Dated: May 8, 2006                      PRIDGEN J. WATKINS
                                        Clerk

                                        /s/  des
                                        (By) Deputy Clerk